UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
AUG 1 9 2019
FILED
Stephen C. Dries, Clerk

TODD A. DYER,

    Movant,

Case No. 19-CV-00752

v.

UNITED STATES OF AMERICA,

    Respondent.

## MOVANT'S FIRST PROPOSED REQUEST FOR ADMISSIONS TO FBI SPECIAL AGENT MICHAEL JOHNSON

Movant Todd A. Dyer, pro se, submits his First Proposed Request for Admissions to FBI Special Agent Michael Johnson pursuant to Rules Governing § 2255 Proceedings Rule 69b) and directs him to timely respond[1].

1. Please admit that you listened to recordings of telephone calls between Cindy Jo Bakley and Todd A. Dyer posing as 'ROBERT' during your investigation of Criminal Case No. 16-CR-100.

2. Please admit that you took possession of those recordings mentioned in # 1 above.

3. Please admit that it is standard practice of the FBI to take possession of evidence during the investigation of a crime.

4. Please admit that, normally, the FBI will issue a receipt for property taken as evidence during the investigation of an alleged crime.

5. Please admit that you were present when AUSA Benjamin Proctor and AUSA Joseph Wall listened to the telephone recordings of Cindy Jo Bakley to Todd Dyer posing as 'ROBERT.'

                                                            Todd A. Dyer, # 05409-089
                                                            Movant/Pro Se

---

[1] See: Fed.R.Civ.P. Rule 36(a)(3)